■ LAUANNA DARLING et al., Respondents. v. VILLAGE OF HERKIMER, Appellant, et al., Defendant.— Motion for reargument denied, with $10 costs; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ. [See *ante*, p. 852.]

■ AHMAD ASHKAR, Plaintiff, v. E. FOUGERA Co. INC., Respondent, and ALBIN V. KWAK et al., Appellants.— Appeal dismissed, without costs, upon stipulation.

■ JOSEPH SCIORTINO, Respondent, v. QUEENS FARMS, INC., et al., Appellants.— Appeal dismissed, without costs upon stipulation.

■ In the Matter of the Accounting of STANLEY MARIAZ et al., as Executors of MARY ROMANIAK, Deceased.— Appeal dismissed, without costs, upon stipulation.

■ ROBERT M. QUIGLEY, Individually, etc., Plaintiffs, v GENEVA DEVELOPMENTS, INC., et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

■ IRVING S. SELZER, Respondent, v. MORRIS BELLOFF, Individually, etc., Appellant, et al. Defendant.— Appeal dismissed, without costs, upon stipulation.

■ In the Matter of the MAYOR AND PRESIDENT OF THE COMMON COUNCIL OF THE CITY OF BUFFALO.— Appeal dismissed, without costs, upon stipulation.

■ MITCHELL MORAD et al., Respondents, v. DIPSON THEATRES, INC., et al., Appellants.— Appeal dismissed without costs, upon stipulation.

■ C. B. CLARK, Respondent, v. JOSEPH R. GAETA, Appellant.— Appeal dismissed, without costs, upon stipulation.

■ JOSEPH R. JOHNSON et al., Plaintiffs, v. ATTILIO L. GIARUSSO, Defendant.— Appeal dismissed, without costs, upon stipulation.

■ FLORENCE HARTER et al. Appellants, v. MILDRED WOLLABER et al., Respondents.—Appeal dismissed, without costs, upon stipulation.

■ RACHEL A. EDMISTER, Respondent, v. WILLIAM H. EDMISTER, JR., Appellant.— Appeal dismissed, without costs, upon stipulation.

■ MARVIN GOLDBLATT, Appellant, v. JOSEPH RIVOLI, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ MARIANNE ARCURI, as Administratrix of the Estate of ALEXANDER J. ARCURI, Deceased, Appellant, v. DOUGLAS C. COCHRAN, INC., Respondent.— Appeal dismissed, with $10 motion costs, for failure to comply with previous order.

■ FRANCIS A. KELLY, as Executor of IRENE A. DAVIES, Deceased, Appellant, v. EMERSON AVERY, Individually and as Executor of HORACE AVERY, Deceased, et al., Respondents.— Motion granted and appeal dismissed, with $10 costs of this motion.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. EDWARD LEWIS WOOMER, Defendant.— Stay granted pending hearing and determination of appeal; appellant directed to file and serve printed records and briefs on appeal on or before December 10, 1957.

■ In the Matter of ALBERT W. FENTON for the Removal of MABEL O. LEARY from Certain Premises in the City of Buffalo.— Motion granted and appeal dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROY FOSTER, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMANUEL DOLD, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN RYAN and LEE DONALD BRIGGS, Appellants.— Motion granted and appeals dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD MULLIN, Appellant.— Motion granted and appeal dismissed.